## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**

v.

**Armando Rios**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 05-02892-001M-P

John Hart (Appointed)
Attorney for Defendant

USM#: 66322-208     DOB: 1974     ICE#: A98 439 651

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/11/2005 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18 USC 2 AND TITLE 8 1325 AID AND ABET IN ILLEGAL ENTRY, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is sentenced to TIME SERVED.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT: $10.00     FINE: $390.00     RESTITUTION:**

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $10.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

**THE COURT** FINDS that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with factual basis and with an understanding of the consequences of the waiver.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

*05-02892-001M-P*
*USA vs. Armando Rios*

*Page 2 of 2*

Date of Imposition of Sentence: **Monday, July 11, 2005**

_____ Date _7/11/2005_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____      By:_____
United States Marshal                                                Deputy Marshal

CC: USM (3 certified), BPatrol (1 Certified), FIN, Order Book

05-02892-001M-P  -